```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
                                        :
ARISAM LLC, et al.,                     :
                                        :          24cv7342 (DLC)
                        Plaintiffs,     :
             -v-                        :          ORDER
                                        :
STYS, LLC,                              :
                                        :
                        Defendant.      :
                                        :
----------------------------------------X
```

DENISE COTE, District Judge:

On November 22, 2024, defendant filed a motion to dismiss the complaint pursuant to Rule 12(b)(6), Fed. R. Civ. P. Under Rule 15(a)(1)(B), Fed. R. Civ. P., a plaintiff has 21 days after the service of a motion under Rule 12(b) to amend the complaint once as a matter of course. Accordingly, it is hereby

ORDERED that plaintiffs shall file any amended complaint by **December 20, 2024.** It is unlikely that plaintiffs will have a further opportunity to amend.

IT IS FURTHER ORDERED that if no amended complaint is filed, plaintiffs shall file any opposition to the motion to dismiss by **December 20, 2024.** Defendants reply, if any, shall be filed by **January 10, 2025.** At the time any reply is filed, the moving party shall supply Chambers with two (2) courtesy copies of all motion papers by mailing or delivering them to the United States Courthouse, 500 Pearl Street, New York, New York.

IT IS FURTHER ORDERED that the initial pretrial conference scheduled for December 5, 2024 is adjourned <u>sine die</u>.

Dated:   New York, New York
         November 25, 2024

                                        */s/ Denise Cote*
                                        DENISE COTE
                                  United States District Judge