UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
ARISAM LLC, et al.,                     :
                                        :
                       Plaintiffs,      :      24cv7342 (DLC)
                                        :
            -v-                         :
                                        :           ORDER
STYS, LLC,                              :
                                        :
                       Defendant.       :
                                        :
----------------------------------------X

DENISE COTE, District Judge:

On November 22, 2024, the defendant filed a motion to dismiss the complaint pursuant to Rule 12(b)(6), Fed. R. Civ. P. An Order of November 25 directed the plaintiffs to file any amended complaint by December 20 and alerted the plaintiffs that they would likely not have another opportunity to amend. The plaintiffs filed an amended complaint on December 20. Accordingly, it is hereby

ORDERED that the defendant's November 22 motion shall be terminated as moot.

IT IS FURTHER ORDERED that any renewed motion to dismiss will be served by the dates indicated below:

-     Motion served by January 10, 2025
-     Opposition served by January 24, 2025
-     Reply served by January 31, 2025

At the time any reply is served, the moving party shall supply Chambers with two (2) courtesy copies of all motion papers by

mailing or delivering them to the United States Courthouse, 500

Pearl Street, New York, New York.

Dated:    New York, New York
          December 20, 2024

_____
                    DENISE COTE
          United States District Judge