```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                         :
ARISAM LLC, et al.,                      :
                                         :
                        Plaintiffs,      :    24cv7342 (DLC)
            -v-                          :
                                         :       ORDER
STYS, LLC,                               :
                                         :
                        Defendant.       :
                                         :
-----------------------------------------X
```

DENISE COTE, District Judge:

On November 22, 2024, defendant moved to dismiss the complaint. An Order of November 25 adjourned the initial pretrial conference scheduled for December 5, 2024 <u>sine die</u> and set a briefing schedule on the November 22 motion to dismiss. On December 20, 2024, the plaintiffs filed a First Amended Complaint. Having received the defendant's partial motion to dismiss the plaintiffs' First Amended Complaint filed on January 10, 2025, it is hereby

ORDERED that all parties shall appear for an initial pretrial conference with the Court on February 5, 2025 at 11:00 a.m. in Courtroom 18B at the United States Courthouse, 500 Pearl Street, New York, New York 10007.

Dated:    New York, New York
          January 14, 2025

                                  _____
                                           DENISE COTE
                                  United States District Judge