UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ARISAM LLC, et al.,

           Plaintiffs,

-v-

STYS, LLC,

           Defendant.

CIVIL ACTION NO. 24 Civ. 7342 (DLC) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The parties informed the Court by email that they have reached a settlement and will promptly file a stipulation of dismissal. The Court congratulates the parties on resolving this case. Accordingly, the telephone conference set for Thursday, May 22, 2025 (ECF No. 46) is **CANCELLED**.

Dated:    New York, New York
           May 21, 2025

SO ORDERED.

_____
SARAH L. CAVE
United States Magistrate Judge